UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

LISA MCKINNON, )
        Plaintiff, )
)
v. ) **JUDGMENT**
)
) No. 5:19-CV-205-FL
DUKE UNIVERSITY )
        Defendant. )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the parties cross-motions for summary judgment made pursuant to Federal Rule of Civil Procedure 56. Also before the court is defendant's motion to strike plaintiff's exhibit A attached to her reply brief.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered August 5, 2020, and for the reasons set forth more specifically therein, that plaintiff's motion for summary judgment is GRANTED and defendant's motion for summary judgment is DENIED. Defendant is ORDERED to pay to plaintiff disability benefits from August 14, 2017, to the date of this order. Defendant is FURTHER ORDERED to provide plaintiff disability benefits for as long as she remains eligible for such benefits.

**This Judgment Filed and Entered on August 5, 2020, and Copies To:**

Amanda Lane Stansberry / Brian L. Kinsley (via CM/ECF Notice of Electronic Filing)
Hannah Styron Symonds (via CM/ECF Notice of Electronic Filing)

August 5, 2020.                        PETER A. MOORE, JR. CLERK
                                         /s/ Sandra K. Collins
                                         (By) Sandra K. Collins, Deputy Clerk