IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:19-CV-205-FL

| | | |
|---|---|---|
| LISA MCKINNON, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| DUKE UNIVERSITY, | ) | |
| Defendant. | ) | |

This matter comes before the court on plaintiff's motion for recovery of costs, attorneys' fees, and prejudgment interest, pursuant to Federal Rule of Civil Procedure 54(d) and 29 U.S.C. § 1332(g)(1). (DE 51). On September 1, 2020, the parties entered into the record several stipulations:

1. The long-term disability benefits owed to plaintiff from August 14, 2017, to August 5, 2020, are $29,520.00.

2. As to the damages stipulated to in item #1, plaintiff may have and recover 8% prejudgment interest in the amount of $2,361.60.

3. Plaintiff is entitled to attorneys' fees in the amount of $26,970.00.

4. Plaintiff is entitled to have and recover costs in the amount of $1,694.04.

For good cause shown, plaintiff's motion (DE 51) is GRANTED in the amounts set forth above.

SO ORDERED, this the 2nd day of September, 2020.

LOUISE W. FLANAGAN
United States District Judge